JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

NASRALLAH OSAMAH (A# 019-060-931),

Petitioner,

v.

D. MARTIN ET AL.,

Respondents.

Case No. 5:26-cv-03914-SB-AYP

FINAL JUDGMENT

Based on the government's nonopposition to the petition for a writ of habeas corpus, the Court orders as follows:

1. The government shall immediately release Petitioner (A# 019-060-931W4-D-20511) from custody.

2. The government is enjoined and restrained from redetaining Petitioner absent any of the following: (a) Petitioner's violation of his conditions of release pursuant to 8 C.F.R. § 241.13(i)(1); (b) a showing of changed circumstances under 8 C.F.R. § 241.13(i)(2) considering all the facts of the case including the factors set forth in 8 C.F.R. § 241.13(f); or (c) a determination by an authorized official that any of the conditions of 8 C.F.R. § 241.4(l)(2) are satisfied.

This is a final judgment.

Date: July 21, 2026

Stanley Blumenfeld, Jr.
United States District Judge